1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10                            **SOUTHERN DIVISION**

11   **JOSE LUIS QUINTANA,**              ) **Case No. SACV 06-0174 CJC (AJW)**
                                          )
12                **Petitioner,**         ) **JUDGMENT**
                                          )
13            **v.**                      )
                                          )
14   **A. HEDGPETH, Warden,**             )
                                          )
15                **Respondent.**         )
     _____)

16

17

         It is hereby adjudged that the petition for a writ of habeas
18
     corpus is denied.
19

20   Dated: October 1, 2008

21

22                                        _____

23                                        Cormac J. Carney
                                          United States District Judge

24

25

26

27

28